UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT STOKES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-00856-WTL-MJD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his motion for relief pursuant to 28 U.S.C. § 2255 and this action is **dismissed with prejudice.**

Date: 2/23/17

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel

Robert Stokes, 09834-028, USP-TERRE HAUTE, Inmate Mail/Parcels, P.O. BOX 33, Terre Haute, IN